# EXHIBIT 1

MEGAN JACKSON

v.

FARMERS INSURANCE EXCHANGE, and INSURER ENTITIES I-V, inclusive,

Case No. TO BE DETERMINED

**DEFENDANTS' EXHIBITS TO DEFENDANT FARMERS INSURANCE EXCHANGE'S PETITION FOR REMOVAL**

# EXHIBIT 1

A COPY OF ALL PROCESS, PLEADINGS AND ORDERS SERVED UPON DEFENDANTS

BRIAN SANDOVAL  
*Governor*

STATE OF NEVADA

BRUCE H. BRESLOW  
*Director*

BARBARA D. RICHARDSON  
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY  
DIVISION OF INSURANCE  
1818 East College Pkwy., Suite 103  
Carson City, Nevada 89706  
(775) 687-0700   •   Fax (775) 687-0787  
Website: doi.nv.gov  
E-mail: insinfo@doi.nv.gov

Doren E. Hohl  
MAY 1 1 2017  
SERVICE OF PROCESS

CERTIFIED MAIL NO. 7016 2140 0000 7182 2137

May 5, 2017

Farmers Insurance Exchange  
Attn: Doren Hohl  
6301 Owensmouth Avenue  
Woodland Hills, California 91367

RE:  Megan Jackson vs. Farmers Insurance Exchange, et al.  
District Court, Clark County, Nevada  
Case No. A-17-754876-C, Dept. No. XXVII

Dear Doren Hohl:

Please find enclosed the following documents: Summons, Complaint, and District Court Civil Cover Sheet. The documents were served upon the Commissioner of Insurance as your attorney for service of process on May 4, 2017.

The appropriate action should be taken immediately, as you may have only 30 days from the date of this service to respond.

If you have any questions regarding this service, please so advise.

Sincerely,

BARBARA D. RICHARDSON  
Commissioner of Insurance

By: _____  
YVONNE RENTA  
Service of Process Clerk

Enclosures

c:   Lewis Gazda, Esq.

## PROOF OF SERVICE

I hereby declare that on this day I served the Summons, Complaint, and District Court Civil Cover Sheet upon the following defendant in the within matter by mailing a copy thereof, via certified mail, return receipt requested, to:

Farmers Insurance Exchange
Attn: Doren Hohl
6301 Owensmouth Avenue
Woodland Hills, California 91367
CERTIFIED MAIL NO. 7016 2140 0000 7182 2137

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 5th day of May, 2017.

_____
YVONNE RENTA
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE:   Megan Jackson vs. Farmers Insurance Exchange, et al.
      District Court, Clark County, Nevada
      Case No. A-17-754876-C, Dept. No. XXVII

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original.

Date: 5-5-17   By: _____

-1-

BRIAN SANDOVAL
*Governor*

STATE OF NEVADA

BRUCE H. BRESLOW
*Director*

BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF INSURANCE
1818 East College Pkwy., Suite 103
Carson City, Nevada 89706
(775) 687-0700  •  Fax (775) 687-0787
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

May 5, 2017

Gazda & Tadayon
Attn: Lewis Gazda, Esq.
2600 South Rainbow Boulevard, Suite 200
Las Vegas, Nevada 89146

> Doren E. Hohl
> MAY 11 2017
> SERVICE OF PROCESS

RE: Megan Jackson vs. Farmers Insurance Exchange, et al.
District Court, Clark County, Nevada
Case No. A-17-754876-C, Dept. No. XXVII

Dear Mr. Gazda:

The Nevada Division of Insurance ("Division") received the service of process documents regarding the above-entitled matter on May 4, 2017. Service has been completed today's date on defendant Farmers Insurance Exchange, and enclosed are the following:

1. A copy of the Division's letter to Farmers Insurance Exchange, dated May 5, 2017;
2. A certified copy of the Proof of Service dated May 5, 2017; and
3. A copy of the paid invoice reflecting payment in the amount of $30.

Pursuant to *Nevada Revised Statutes* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party. Please advise if you have any questions regarding this service.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By: _____
YVONNE RENTA
Service of Process Clerk

Enclosures

c:   Farmers Insurance Exchange

```
SUMM
LEWIS GAZDA, ESQ.
Nevada Bar No. 4269
Lewisjgazda@gmail.com
AFSHIN TADAYON, ESQ.
Nevada Bar No. 6517
Atadayon@hotmail.com
GAZDA & TADAYON
2600 South Rainbow Blvd., Suite 200
Las Vegas, Nevada 89146
TEL. (702) 220-7128
FAX. (702) 220-7152

Attorneys for Plaintiff
MEGAN JACKSON
```

RECEIVED MAY 04 2017 DIVISION OF INSURANCE STATE OF NEVADA

Doren E. Hohl MAY 11 2017 SERVICE OF PROCESS

DISTRICT COURT
CLARK COUNTY, NEVADA

MEGAN JACKSON,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE; and
INSURER ENTITIES I-V, inclusive,

    Defendants.

CASE NO.: A-17-754876-C
DEPT. NO.: XXVII

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**FARMERS INSURANCE EXCHANGE**
Through the office of the
**Nevada Commissioner of Insurance**

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Submitted by:

GAZDA & TADAYON

By: _____
   LEWIS J. GAZDA, ESQ.
   Nevada Bar No. 4269
   AFSHIN TADAYON, ESQ.
   Nevada Bar No. 6517
   2600 S. Rainbow Blvd., Suite 200
   Las Vegas, NV 89146
   Lewisjgazda@gmail.com
   Atadayon@hotmail.com
   TEL. (702) 220-7128
   FAX. (702) 220-7152

STEVEN D. GRIERSON
CLERK OF THE COURT

CLERK OF COURT

MAY 03 2017

By: _____
Deputy Clerk   Date
JANEL WASHINGTON


RECEIVED
MAY 04 2017
DIVISION OF INSURANCE
STATE OF NEVADA

# DISTRICT COURT CIVIL COVER SHEET
### Clark County, Nevada

Case No. _____ (Assigned by Clerk's Office)

A-17-754876-C
XXVII

## I. Party Information (provide both home and mailing addresses if different)

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| MEGAN JACKSON | FARMERS INSURANCE EXCHANGE |

| Attorney (name/address/phone): | Attorney (name/address/phone): |
|---|---|
| Lewis Gazda, Esq., Afshin Tadayon, Esq. 2600 S. Rainbow Blvd., #200, Las Vegas, NV 89146 (702) 320-7128 | |

Doren E. Hohl
MAY 11 2017
SERVICE OF PROCESS

## II. Nature of Controversy (please select the one most applicable filing type below)

### Civil Case Filing Types

| Real Property | | Torts | |
|---|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** | |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability | |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct | |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort | |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort | |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort | |
| **Other Real Property** | ☐ Legal | | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | | |
| ☐ Other Real Property | ☐ Other Malpractice | | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** (select case type and estate value) | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicles |
| ☐ Other Probate | ☒ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil cover sheet.*

April 27, 2017
Date

Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit

