# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN JACKSON,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>　　　　　　Defendant(s). | Case No. 2:17-cv-01548-JAD-NJK<br><br>ORDER |

Pending before the Court is the parties' discovery plan, Docket No. 7, which is hereby DENIED. First, the discovery plan provides a discovery period of 189 days, rather than 180 days. Second, the discovery plan states that "the parties would like to have Judge Koppe serve as the trial judge rather than a magistrate [judge]." *Id.* at 4-5. The Court is unclear as to the parties' intent. The parties shall clearly indicate whether they consent to the undersigned magistrate judge acting as the trial judge in this case, or whether they would like United States District Judge Jennifer A. Dorsey to remain as the trial judge in the ordinary course.

A renewed discovery plan addressing these issues shall be filed by August 3, 2017.

IT IS SO ORDERED.

DATED: July 28, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge