David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8845 W Flamingo, Rd., Ste., 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
*Farmers Insurance Exchange*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN JACKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE; and<br>INSURER ENTITITES I-V, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01548-JAD-NJK<br><br>**STIPULATION AND ORDER TO REMAND THE ACTION TO STATE COURT**<br><br>ECF No. 12 |

IT IS HEREBY STIPULATED, by and between the Plaintiff, MEGAN JACKSON and Defendant, FARMERS INSURANCE EXCHANGE, by and through their respective counsel of record, that:

1.　　That after discussion of the parties regarding the criteria of 28 U.S.C. §1332, and by mutual agreement, this matter should be remanded to State Court; and

2.　　That this case be remanded to the Clark County District Court, Case No: A-17-754876-C, in order to allow the Plaintiff, MEGAN JACKSON to pursue her claims in the originally filed State Court action.

. . .

. . .

. . .

Re: Megan Jackson vs. Farmers Insurance Exchange
Case No.: 2:17-cv-01548-JAD-NJK

**STIPULATION AND ORDER TO REMAND THE ACTION TO STATE COURT**

Dated: September 20, 2017

Dated: September 20, 2017

/s/ Lewis Gazda
GAZDA & TADAYON
Lewis Gazda, Esq.
Nevada Bar No. 4269
Afshin Tadayon, Esq.
Nevada Bar No. 6517
2600 South Rainbow Blvd., Suite 200
Las Vegas, NV 89146
Attorneys for Plaintiff Megan Jackson

THE FELDMAN FIRM
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 W. Flamingo Road, Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Attorneys for Defendant
Farmers Insurance Exchange

**ORDER**

Based on the parties' stipulation [12], IT IS HEREBY ORDERED that this case is remanded back to the Eighth Judicial District Court, Case No. A 17-754876-C. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: 9-22-17